```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


JULIE ANN LICQUIA              ]
     Plaintiff,                 ]
                                ]
v.                              ]      No. 3:11-0812
                                ]      Judge Sharp
SUMNER COUNTY DCS               ]
     Defendant.                 ]
```

### O R D E R

The Court has before it a *pro se* civil complaint (Docket Entry No.1) and an application to proceed in forma pauperis (Docket Entry No.2).

The plaintiff is a resident of Nashville. It appears from the application that she lacks sufficient financial resources from which to pay the fee required to file the complaint. Therefore, plaintiff's application to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

The plaintiff brings this action against the Sumner County Department of Children's Services. According to the complaint, that agency has taken custody of the plaintiff's two minor sons. She alleges that the defendant had no reason to take her boys away from her.

A federal district court is obliged to consider matters of jurisdiction, *sua sponte* if necessary. See Hadley v. Werner, 753

F.2d 514, 516 (6th Cir.1985). In this regard, because domestic relations, including custody, divorce, support and alimony disputes, are the primary responsibility of the state courts, federal courts are prevented from hearing these types of disputes under the "domestic relations exception" to federal jurisdiction. <u>Ankenbrandt v. Richards</u>, 504 U.S. 689, 703 (1992). The Court, therefore, lacks the jurisdiction needed to adjudicate the plaintiff's claims. Accordingly, this action is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge